PD-0481-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/28/2015 10:08:15 AM
Accepted 5/28/2015 3:58:35 PM
ABEL ACOSTA
CLERK

NO. PD-0481-15

COURT OF CRIMINAL APPEALS OF TEXAS

RUBEN GARCES,                                    Appellant

v.

THE STATE OF TEXAS,

On Appeal from the 118th District Court
of Glasscock County, Texas
Cause No. 432 (Hon. D. Timothy Yeats)

FILED IN
COURT OF CRIMINAL APPEALS

and

May 28, 2015

NO. 11-13-00085-CR

ABEL ACOSTA, CLERK

from

THE COURT OF APPEALS FOR THE ELEVENTH JUDICIAL DISTRICT
EASTLAND, TEXAS

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Counsel for Appellant Garces    initiated a draft envelope for filing the PDR

in the instant cause with efiletexas.gov prior to midnight on the 27th day of May,

2015, the extended due date, but his computer froze and counsel had to re-open it.

Consequently, the envelope reflects filing at twenty-four (24) seconds after midnight on May 28, 2015.

Accordingly, counsel comes hat in hand and prays for a one (1) day extension, which would make the Petition for Discretionary Review due on May 28, 2015. This is the second extension request for filing Appellant's Petition for Discretionary Review. (P.S. The draft envelope for the PDR reflects only service to the State Prosecuting Attorney, but the undersigned e-mailed it to the Glasscock County D.A. at hardy.wilkerson@howardcountytx.com.)

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays this Court enters an order extending the deadline for filing his Petition for Discretionary Review for one (1) day.

Respectfully Submitted,

/s/Rick Dunbar_____
FREDERICK DUNBAR
GALBREATH LAW FIRM
rick@galbreathlawfirm.com
Texas Bar No. 24025336
4542 Loop 322
Suite 102
Abilene, Texas  79602
Telephone: 325/437.7000
Facsimile: 325/437.7007

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2015, a true and correct copy of the above and foregoing was forwarded all counsel of record in a manner consistent with the requirements of the law.


/s/Rick Dunbar_____
Rick Dunbar

## CERTIFICATE OF COMPLIANCE

According to the word count of the undersigned's word processor, this document has 308 words. This document in therefore compliant.


/s/Rick Dunbar_____
Rick Dunbar